**Order entered October 19, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-14-01570-CR**
**No. 05-14-01571-CR**
**No. 05-14-01611-CR**
**No. 05-14-01612-CR**

**ROBERT EARL MARZETT, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Criminal Court of Appeals No. 1**
**Dallas County, Texas**
**Trial Court Cause Nos. MC14R0006-D, MC14-40007-D, MC14-40008-D, MC14-40009-D**

## ORDER

The Court **GRANTS** appellant's October 12, 2015 motion to exceed the word limit on his motion for reconsideration en banc. The motion for reconsideration en banc received on October 12, 2015 is considered properly filed.

/s/    CAROLYN WRIGHT
CHIEF JUSTICE